

ORIGINAL

FILED

12/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0422

STATE OF MONTANA,

Plaintiff and Appellee,

v.

DAVID LYNN WEIK,

Defendant and Appellant.

FILED

DEC 16 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant has filed a motion for a 60-day extension of time to file his opening brief in the referenced matter.

IT IS ORDERED that the motion for extension is GRANTED. Appellant has until February 22, 2021, within which to file his opening brief.

DATED this 16 day of December, 2020.

For the Court,

By _____
Chief Justice